UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-14264-ROSENBERG

SAMMIE LEE KOHN, JR.,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon *pro se* Petitioner's Petition for Writ of Habeas Corpus which was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on any dispositive matters. On July 22, 2020, Judge Reid issued a Report and Recommendation recommending that Petitioner's Petition be denied. DE 26. Petitioner filed objections.[1] The Court has conducted a *de novo* review of Magistrate Judge Reid's Report and Recommendation, the objections, and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reid's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Reid's Report and Recommendation and concludes that the Petition should be denied for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge White's Report and Recommendation [DE 26] is hereby **ADOPTED**;

2. Petitioner's Petition is **DENIED**;

---

[1] The Court notes the objections at docket entries 32 and 33. The Court is uncertain if it is able to consider those objections, however, the Court has erred on the side of considering the arguments raised in the objections in their entirety.

3. No certificate of appealability shall issue;

4. All other pending motions are **DENIED AS MOOT**; and

5. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 15th day of September, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record